Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VITO GENZALE, Appellant. [931 NYS2d 227]—

The court provided a sufficient reduction of sentence pursuant to CPL 440.46, and we perceive no basis for a further reduction. Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL McRAE, Appellant. [931 NYS2d 228]—

In the May 5 order (indictment No. 6372/04), the court denied the motion on the merits. We conclude that the court providently exercised its discretion when it determined that substantial justice dictated denial of the application in light of the seriousness of defendant's criminal history, which outweighed the mitigating factors he cited (*see e.g. People v Gumbs*, 66 AD3d 558 [2009], *lv dismissed* 14 NY3d 771 [2010]). The underlying facts of several of defendant's convictions indicate an involvement in large-scale drug distribution.

The appeals from the other two orders are moot because Supreme Court has granted defendant's renewed motions for resentencing as to those matters. Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RODRIGUEZ, Appellant. [931 NYS2d 228]—

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v*

*Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur— Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.